```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0007--CR (RRB)
                "USA V VERONICA ESPINO ET AL"
                    DEF 1.1 ESPINO, VERONICA

     Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
               Filed:  03/15/05
              Closed:  NO
   No. of Defendants:  2
       MJ Case Number: F05-0007--MJ
                 AKA:  MARIANA ESPINO
     Location status:  U.S. Custody
          Trial date:
          Terminated:  NO
   Needs interpreter:  YES
   Counsel of record:  William R. Satterberg
                      Law Office of William Satterberg
                      709 4th Avenue
                      Fairbanks, AK 99701
                      907-452-4454
                      FAX 907-452-3988
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial

                      Scott S. Furstman
                      1541 The Alameda
                      San Jose, CA 95126
                      408-292-4132
                      FAX 408-292-4162
                      Serve: NO
                       Type: Retained
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:  Stephen Cooper
                      U.S. Attorney's Office
                      101 12th Avenue, Box 2
                      Fairbanks, AK 99701
                      907-456-0245
                      FAX 907-456-0577
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


Counts re: DEF 1.1 ESPINO, VERONICA
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 and 841 (b)(1)(A) Conspiracy to distribute controlled substance (F) | Pending |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0007--CR (RRB)
                          "USA V VERONICA ESPINO ET AL"
                              DEF 1.1 ESPINO, VERONICA

            Including terminated defendants, excluding terminated counsel


   1 -    1 IND    2      21:841(a)(1) and 841 (b)(1)(B) POSSESION OF          Pending
                          CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F)

   1 -    1 IND    3      21:853 CRIMINAL FORFEITURES(F)                       Pending
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0007--CR (RRB)
                            "USA V VERONICA ESPINO ET AL"
                            DEF 2.1 MACEDA-SOSA, DAVID

              Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed: 03/15/05
            Closed: NO
No. of Defendants: 2
   MJ Case Number: F05-0007--MJ
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: NO
Needs interpreter: YES
 Counsel of record: Michael A. MacDonald
                    Downes MacDonald et al
                    1008 16th Avenue, Suite 200
                    Fairbanks, AK 99701
                    907-452-5196
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephen Cooper
                   U.S. Attorney's Office
                   101 12th Avenue, Box 2
                   Fairbanks, AK 99701
                   907-456-0245
                   FAX 907-456-0577
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 MACEDA-SOSA, DAVID

Document           Count     Citation and Description                                 Disposition
_____         _____     _____                                 _____

   1 -   1 IND       1       21:846 and 841 (b)(1)(A) Conspiracy to distribute        Pending
                             controlled substance (F)

   1 -   1 IND       2       21:841(a)(1) and 841 (b)(1)(B) POSSESION OF              Pending
                             CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F)

   1 -   1 IND       3       21:853 CRIMINAL FORFEITURES(F)                           Pending
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                             "USA V VERONICA ESPINO ET AL"

                                   For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed: 03/15/05
            Closed: NO
 No. of Defendants: 2


 Document #    Filed       Docket text
 ──────────    ─────       ──────────

      1 -  1  03/15/05     [Re: DEF 1-2] PLF 1 Indictment.

      2 -  1  03/15/05     [Re: DEF 1] AHB Grand Jury Minutes [ECR: Tina Grothause].

      3 -  1  03/15/05     [Re: DEF 2] AHB Grand Jury Minutes [ECR: Tina Grothause].

      4 -  1  03/15/05     [Re: DEF 1-2] Documents transferred from: F05-0007 MJ (JDR).

      5 -  1  03/16/05     [Re: DEF 1-2] JDR Minute Order from chambers setting arraignment for
                           Thursday March 17,2005 at 2:30 p.m. cc: USA, USM, FPO, cnsl, Magistrate
                           Judge Roberts.

  NOTE -  1   03/17/05     Notation: Proposed trial date setting for arraignment and notice of
                           speedy trial act ddlns forwarded to chambers for both defs.

      6 -  1  03/18/05     [Re: DEF 1] JDR Court Minutes [ECR: Tina Grothause] from arr on
                           indictment held 03/17/05: Def entered NG plea, Disc conf 03/28/05, PTM's
                           due 04/06/05, Def remains detained, TBJ to be set before Judge
                           Beistline. cc: Cooper, Satterberg, FPO, USM, Judge Beistline

      7 -  1  03/18/05     [Re: DEF 2] JDR Court Minutes [ECR: Tina Grothause] from arr on
                           indictment held 03/17/05: NG plea, discovery conference 03/28/05, PTM's
                           due 04/06/05, def remains detained, TBJ to be set before Judge
                           Beistline.  cc; Cooper, Downes, FPO, USM, Judge Beistline

      8 -  1  03/18/05     [Re: DEF 1-2] JDR Order regarding preparation for trial: Discovery
                           conference 03/28/05, PTM's due 04/06/05.  cc: Cooper, Satterberg,
                           Downes, FPO, USM, Judge Beistline

      9 -  1  03/22/05     [Re: DEF 1-2] RRB Minute Order setting trial by jury for 5/16/05 at 8:30
                           a.m. in Fairbanks, and FPTC for 5/10/05 at 8:30 a.m. in Anchorage
                           Courtroom #2. cc: AUSA, W. SATTERBERG, R. DOWNES, USM, USPO,jury clerk,
                           MJ ROBERTS

     10 -  1  03/25/05     [Re: DEF 1-2] JWS Order appointing Yolanda Salazar-Hobrough as Int for
                           defs at trial.  cc: AUSA, W. Satterberg, R. Downes, USM, UPSO, MJ
                           Roberts, Y. Salazar-Hobrough

     11 -  1  03/25/05     DEF 1 motion (request) for discovery and inspection.

     12 -  1  03/29/05     [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion (request) for
                           discovery and inspection. (11-1)

     13 -  1  03/29/05     [Re: DEF 2] PLF 1 Stipulation/Certification of discovery(report of
                           conference).

     14 -  1  03/31/05     [Re: DEF 2] PLF 1 Stipulation/Certification of discovery(report of
                           conference).


 ACRS: R_RDSDX                   As of 12/01/05 at 2:56 PM by GARRY                         Page 1
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                                "USA V VERONICA ESPINO ET AL"

                                       For all filing dates


 Document #    Filed      Docket text

   15 -   1    04/01/05   DEF 1 motion to suppress evidence and memorandum in support therof.

   16 -   1    04/01/05   DEF 1 motion for evidentiary hearing on defendants motion to suppress
                          evidence.

   17 -   1    04/06/05   [Re: DEF 1] PLF 1 Corrected Stipulation/Certification of discovery.

   18 -   1    04/06/05   DEF 1 motion for Franks hrg on Motion to suppress garbage bags.

   19 -   1    04/06/05   DEF 1 motion to suppress search of garbage bag w memo in support.

   20 -   1    04/06/05   DEF 1 motion for submission of exhibit w memo in support.

   21 -   1    04/07/05   DEF 1 motion to continue trial until July 2005 w memo in support.

   21 -   2    04/07/05   DEF 1 motion to continue pretrial deadlines to compel production w memo
                          in support.

   22 -   1    04/07/05   DEF 1 motion to compel production of discovery w memo in support.

   23 -   1    04/07/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence and
                          memorandum in support therof (15-1), DEF 1 motion for evidentiary
                          hearing on defendants motion to suppress evidence (16-1).

   24 -   1    04/12/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress search of
                          garbage bag w exhibits attached (19-1).

   25 -   1    04/12/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion for Franks hrg on Motion to
                          suppress garbage bags (18-1).

   26 -   1    04/12/05   [Re: DEF 1] PLF 1 non-opposition (response) to DEF 1 motion to continue
                          trial until July 2005 (21-1).

   27 -   1    04/12/05   [Re: DEF 1-2] JDR Minute Order reassigning the Magistrate Judge referral
                          in the above referenced case from Magistrate Judge Roberts to Magistrate
                          Judge Hall. cc: USA, USM, FPO, Judge Roberts, Judge Hall.

   28 -   1    04/12/05   [Re: DEF 1-2] PLF 1 opposition to DEF 1 motion to compel production of
                          discovery (w/exhibits 1 and 2 att).

   29 -   1    04/12/05   DEF 1 reply to opposition to DEF 1 motion to suppress evidence  (15-1),
                          DEF 1 motion for evidentiary hearing on defendants motion to suppress
                          evidence. (16-1).

   30 -   1    04/12/05   DEF 2 motion to supress evidence with memorandum and affidavit in
                          support.

   31 -   1    04/12/05   DEF 2 motion to suppress evidence of search warrant.

   32 -   1    04/12/05   DEF 2 motion for evidentiary hearing on defendants motions.

   33 -   1    04/12/05   DEF 2 joinder to DEF 1 motion to suppress evidence (15-1).

   34 -   1    04/12/05   DEF 2 joinder to DEF 1 motion to continue trial until July 2005 (21-1),
                          DEF 1 motion to continue pretrial deadlines to compel production (21-2).
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                              "USA V VERONICA ESPINO ET AL"

                                    For all filing dates


 Document #    Filed     Docket text

    35 -  1   04/12/05   DEF 2 Unopposed motion to extend filing deadline until close of business
                         tuesday 04/12/2005.

    36 -  1   04/14/05   [Re: DEF 1-2] TWH Minute Order setting status and scheduling conference
                         for 04/15/05 at 8:30 a.m. in Courtroom 1, Fairbanks. cc: Cooper,
                         Satterberg, Downes, FPO, USM, Judge Beistline

    37 -  1   04/14/05   DEF 1 reply to opposition to DEF 1 motion to suppress search of garbage
                         bag w affidavit in support (19-1).

    38 -  1   04/14/05   [Re: DEF 1] JDR Order granting/denying motion for discovery and
                         inspection as stated (11-1).  cc: AUSA, W. Satterberg. R. Downes, MJ
                         Hall

    39 -  1   04/14/05   DEF 1 Notice of filing supplemental affidavit to the motion to suppress
                         evidence.

    39 -  2   04/14/05   DEF 1 Affidavit re: DEF 1 motion to suppress evidence (15-1).

    40 -  1   04/15/05   [Re: DEF 1-2] RRB Court Minutes [ECR: Carolyn Bollman] granting motion
                         to continue trial (21-1). FPTC and TBJ vacated; FPTC reset for
                         07/26/2005 at 1:30 p.m. and TBJ reset for 08/01/2005. cc: Cooper,
                         Satterberg, Downes, FPO, USM, MJ Hall

    40 -  2   04/15/05   RRB Court Minutes [ECR: Carolyn Bollman] granting motion for evidentiary
                         hearing on D-1's motion to suppress evidenceat dkt 15 (16-1), motion to
                         continue pretrial deadlines to compel production (21-2), motion for
                         evidentiary hearing on defendants motions at 30 and 31 (32-1), Unopposed
                         motion to extend filing deadline (35-1).  Motions filed at dkt 30, 31
                         and 32 are deemed timely filed. Evidentiary hrg set for 05/20/2005 at
                         9:30 a.m. Mr. Firstman to enter appearance; given 2 weeks to file
                         pretrial motions. cc: Cooper, Satterberg, Downes, FPO, USM, Judge
                         Beistline

    41 -  1   04/21/05   [Re: DEF 2] TWH Minute Order from chambers re substitution of counsel
                         upon consent to be filed no later than 04/27/05,if no substitution of
                         counsel is filed than a  status of counsel hearing will be set for
                         04/29/05 at a time to be determined cc: USA, USM, FPO, Downes, Judge
                         Beistline, Judge Hall.

  NOTE -  2   04/22/05   Notation: rule 83.1 paperwork previously forwarded to Mr Furstman.

    42 -  1   04/22/05   [Re: DEF 1] TWH Minute Order granting motion for submission of exhibit
                         (20-1). cc: USA, Satterberg, USM, FPO, Judge Beistline.

    43 -  1   04/22/05   DEF 1 Attorney Appearance of Scott Furstman.

    44 -  1   04/22/05   [Re: DEF 2] PLF 1 Unopposed motion to extend time to respond to motions
                         of defendant Sosa until 04/29/05.

    45 -  1   04/25/05   DEF 1 Application re: non-resident attorney of Scott S Furstman.

    46 -  1   04/26/05   [Re: DEF 1-2] TWH Minute Order granting unopposed motion to extend time
                         to respond to motions of defendant (44-1); Repsonse to the following
                         pending motions of Defendant Maceda-Sosa shall be due 04/29/05 Dockets #
                         30,31,33/15 cc: USA, USM, FPO, CNSL, Judge Beistline.

 ACRS: R_RDSDX                  As of 12/01/05 at 2:56 PM by GARRY                       Page 3
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                              "USA V VERONICA ESPINO ET AL"

                                    For all filing dates


Document #   Filed      Docket text

    49 -  1  04/27/05   DEF 1 Notice of filing original motion and application of non-resident
                        attorney to appear and participate in the USDC.

    45 -  2  04/28/05   [Re: DEF 1] RRB Order granting the application of non-resident attorney
                        Scott S. Furstman to a ppear and participate as co-counsel.  cc: AUSA.
                        W. Satterberg, R. Downes, USM, USPO, MJ Hall

    47 -  1  04/28/05   [Re: DEF 2] PLF 1 opposition to DEF 2 motion to supress evidence (30-1).

    48 -  1  04/28/05   [Re: DEF 2] PLF 1 opposition to DEF 2 Joinder to DEF 1 motion to
                        suppress evidence (15-1).

    50 -  1  04/29/05   [Re: DEF 2] PLF 1 opposition to DEF 2 motion for evidentiary hearing on
                        defendants motions (32-1).

    51 -  1  04/29/05   [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress evidence of
                        search warrant with exhibits attached (31-1).

    52 -  1  04/29/05   DEF 1 motion for Franks Evidentiary hearing; supporting memorandum of
                        law.

    53 -  1  04/29/05   DEF 1 motion to supress evidence with affidavit attached.

    54 -  1  04/29/05   DEF 1 motion for disclosure of informants.

    55 -  1  04/29/05   DEF 1 motion for discovery of specific items.

    56 -  1  04/29/05   DEF 1 motion to supress statements.

    57 -  1  04/29/05   DEF 2 Attorney Substitution of Michael A McDonald for Robert B Downes.

    58 -  1  05/03/05   [Re: DEF 2] TWH Order granting substitution of Michael MacDonald for
                        Robert Downes. cc: Cooper, Downes, MacDonald, Satterberg, FPO, USM,
                        Judge Beistline

    59 -  1  05/04/05   [Re: DEF 1] RRB Minute Order for USA to have until 5-13-05 to respond to
                        Docket#'s 52 through 56; and directing Mr. Furstman to Local Rule 5.1
                        regarding proof of service.  cc: cnsl; Judge Beistline.

    60 -  1  05/04/05   DEF 1 Notice of filing transcript and CD.

    61 -  1  05/12/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence
                        (15-1), DEF 1 motion to suppress search of garbage bag (19-1), DEF 1
                        motion to supress evidence (53-1).

    62 -  1  05/13/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion for disclosure of
                        informants (54-1).

    63 -  1  05/13/05   [Re: DEF 1] PLF 1 (second) opposition to DEF 1 motion for Franks
                        Evidentiary hearing. (52-1).

    64 -  1  05/13/05   [Re: DEF 1] PLF 1 opposition to DEF 1 second motion for discovery
                        (55-1).

    65 -  1  05/13/05   [Re: DEF 1] PLF 1 second opposition to DEF 1 motion to supress
                        statements (56-1).
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                         "USA V VERONICA ESPINO ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 66 - 1 | 05/17/05 | [Re: DEF 1-2] TWH Minute Order vacating evidentiary hearing for 05/20/05 and reset for 06/30/05 starting at 10:00 a.m..Judge Roberts to hear DKT # 15 and Judge Hall to hear DKT's # 19,30,31,53 and 56 cc: USA, USM, FPO, CNSL,Judge Roberts, Judge Hall. |
| 67 - 1 | 06/27/05 | DEF 1 Notice of faxed signature. |
| 67 - 2 | 06/27/05 | DEF 1 motion for order continuing and re-setting heaing on motions with affidavit attached. |
| 68 - 1 | 06/28/05 | DEF 1 Unopposed motion for trial continuance with affidavit attached. |
| 69 - 1 | 06/29/05 | [Re: DEF 1-2] RRB Minute Order hrg on def's unopposed motion to continue trial. cc: AUSA, W. Satterberg, M. MacDonald, USM, USPO, MJ Hall, MJ Roberts |
| 70 - 1 | 06/29/05 | [Re: DEF 1] TWH Minute Order VACATING the oral argument on pending motions originally set for June 30,2005 at 10:00 a.m. cc: USA, USM, FPO, cnsl for Def,Judge Beistline, Judge Roberts, Judge Hall |
| 73 - 1 | 06/29/05 | DEF 1 Errata re: corrected certificate of service re: DEF 1 Unopposed motion for trial continuance (68-1). |
| 71 - 1 | 06/30/05 | [Re: DEF 1-2] RRB and TWH Court Minutes [ECR: Jennifer Roberts]. Hearing re Motions to Continue Dates for Trial and Evidentiary Hearing. Dkt. 68 granted and trial continued until week of October 17, 2005 in Fairbanks. FPTC set for Thursday, October 13, 2005 at 9:00 in Fairbanks. Evidentiary hearing rescheduled for August 4 and 5, 2005 in Fairbanks before Magistrate Judges Hall and Roberts at a time to be set. cc: USA; USM; USPO; W. Satterberg; M. McDonald; Judge Beistline; MJ Hall; MJ Roberts; Jury Clerk. |
| 72 - 1 | 07/01/05 | [Re: DEF 1] TWH Minute Order setting Continued Evidentiary hrg for MJ's Hall and Roberts in Fairbanks, 08/04/05 at 1:30 p.m. in Courtroom 1, continuing through Friday, and if not completed, into Tuesday. Franks hrg motions will remain pending until that time. cc: Cooper, Satterberg, MacDonald, FPO, USM, MJ Roberts, Judge Beistline |
| 72A- 1 | 08/09/05 | [Re: DEF 2] PLF 1 Supplement re: DEF 2 motion to suppress evidence of search warrant (31-1). |
| 74 - 1 | 08/10/05 | [Re: DEF 1-2] JDR Court Minutes [ECR: Tina Grothause] re evidentiary hearing held 08/04/05 testimony heard recess until 9:00 a.m. 08/05/05 cc: cnsl, USM, FPO, MJ Roberts, MJ Hall, Judge Beistline. |
| 75 - 1 | 08/10/05 | [Re: DEF 1-2] JDR Court Minutes [ECR: Tina Grothause] re evidentiary hearing held 08/05/05 testimony heard, matter taken under advisement, R & R to issue, clerk to order expedited transcript recess until 11:15 for TWH to take bench cc: cnsl, USA, FPO, USM, MJ Roberts, MJ Hall, Judge Beistline. |
| 76 - 1 | 08/10/05 | [Re: DEF 1-2] TWH Court Minutes [ECR: Tina Grothause] re evidentiary hearing held 08/05/05 testimony heard, exhibits 1-11 identified and admitted, exhibits A 1-22 identified and admitted, court recessed until 08/09/05 at 9:00 a.m. cc cnsl, USA, USM, FPO, MJ Roberts, MJ Hall, Judge Beistline. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                         "USA V VERONICA ESPINO ET AL"

                               For all filing dates


 Document #   Filed      Docket text

    77 -  1   08/10/05   [Re: DEF 1-2] TWH Court Minutes [ECR: Tina Grothause] re evidentiary
                         hearing held 08/09/05 testimony heard, GRANTED motion on shortened time
                         for evidentiary hearing re testimony of dog trainer, set for 08/30/05 at
                         9:00 a.m., any motions are to be filed by close of business
                         08/12/05,counsel to inform court if matters are resolved prior to
                         hearing,defendants exhibit B identified and admitted, matter taken under
                         advisement, R & R to issue, clerk to order expedited tanscript cc: cnsl,
                         USA, USM, FPO, MJ Roberts, MJ Hall, Judge Beistline.

    78 -  1   08/10/05   [Re: DEF 1-2] PLF 1 motion on shortened time to reset hearing date from
                         08/30 to 08/29.

    79 -  1   08/11/05   DEF 1 motion on shortened time for evidentiary hearing.

    80 -  1   08/12/05   [Re: DEF 1] PLF 1 motion (withdrawal of) on shortened time to reset hrg
                         date (Dkt 79).

    81 -  1   08/12/05   [Re: DEF 1] TWH Minute Order granting motion (withdrawal of) on
                         shortened time to reset hrg date (Dkt 74)(80-1); withdrawing motion on
                         shortened time to reset hearing date from 08/30 to 08/29 (78-1).
                         Government's response to Dkt. 79 due no later than 8/15/05.  cc: USA;
                         USM: USPO; W. Satterberg; Judge Beistline.

    82 -  1   08/15/05   [Re: DEF 1] TWH Order denying as moot motion for disclosure of
                         informants (54-1). cc: Cooper, Satterberg, MacDonald, FPO, USM, Judge
                         Beistline

    83 -  1   08/15/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion on shortened time for
                         evidentiary hearing (and for discovery) (79-1).

    84 -  1   08/15/05   DEF 2 non-opposition to DEF 1 motion on shortened time for evidentiary
                         hearing (79-1).

    85 -  1   08/18/05   [Re: DEF 1-2] Transcript Re: Evid hrg on mots 19, 30, 31, 53 and 56 Day
                         1 held 8/4/05.

    86 -  1   08/18/05   [Re: DEF 1-2] Transcript Re: Evid hrg on mots 19, 30, 31, 53 and 56 Day
                         2 held 8/5/05.

    87 -  1   08/18/05   [Re: DEF 1] TWH Order denying motion for discovery of specific items
                         (55-1). cc: Cooper, Satterberg, MacDonald, FPO, USM, Judge Beistline.

    88 -  1   08/18/05   [Re: DEF 1] TWH Order denying motion on shortened time for evidentiary
                         hearing (79-1); Evidentiary hearing previously set for Aug 30,2005.
                         Plaintiff shall provide to defendant training and certification records
                         no later than 1:00 p.m. 08/26/05 and the disputed document government
                         feels should be reviewed in camera by court be provided to court by noon
                         on 08/29/05 (79-1) cc: Cooper, Satterberg,MacDonald, FPO, USM, Judge
                         Beistling.

    89 -  1   08/18/05   [Re: DEF 1] TWH Order denying motion to compel production of discovery
                         (22-1) cc: Cooper, Satterberg, MacDonald, FPO, USM, Judge Beistline.

    90 -  1   08/22/05   [Re: DEF 1-2] Transcript Re: Evid hrg on motions day 2 con't held
                         08/05/05.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                              "USA V VERONICA ESPINO ET AL"

                                    For all filing dates


 Document #    Filed       Docket text

    91 -  1    08/22/05    [Re: DEF 1-2] Transcript Re: Evid hrg on motions day 3 held 08/09/05.

    92 -  1    08/22/05    Initial R&R re: DEF 1 motion to suppress evidence (15-1); Recommended
                           15-1 be be denied & Recommended that 33-1 (joinder) be deemed moot;
                           Objections due NOON 09/02/05. Reply due NOON 09/09/05. cc: USA, W.
                           Satterberg, M. MacDonald, Judge Beistline

    92 -  2    08/22/05    Initial R&R re: DEF 1 motion to supress statements (56-1); Recommended
                           be denied; Objections due NOON 09/02/05. Reply due NOON 09/09/05. cc:
                           USA, W. Satterberg, M MacDonald, Judge Beistline

    93 -  1    08/24/05    DEF 1 reply to opposition to DEF 1 motion for Franks Evidentiary
                           hearing; supporting memorandum of law (52-1).

    94 -  1    08/25/05    {SEALED}

    94 -  2    08/25/05    {SEALED}

    94 -  3    08/25/05    {SEALED}

    95 -  1    08/25/05    [Re: DEF 1] PLF 1 Response to Order (Notice of Production of Discovery
                           of Canine records) at Dkt 88.

    96 -  1    08/26/05    [Re: DEF 1-2] RRB Minute Order granting motion (Request) on shortened
                           time for assignment to another judge (94-2).  Due to a scheduling
                           conflict, the in camera review and the 08/30/05 hearing will be
                           conducted by Judge Beistline. cc: Cooper, Satterberg, Furstman through
                           Satterberg, MacDonald, FPO, USM, MJ Hall

    97 -  1    08/29/05    {SEALED}

    98 -  1    08/29/05    {SEALED}

    99 -  1    08/30/05    [Re: DEF 1] RRB Court Minutes [ECR: Tina Grothause] re evidentiary
                           hearing held 08/30/05, court and counsel heard review of past
                           evidentiary hearings, outstanding motions and pending trial dates cc:
                           cnsl, USA, USM, FPO, Judge Beisltine.

   100 -  1    08/30/05    {SEALED}

   101 -  1    08/30/05    [Re: DEF 1-2] RRB Minute Order: 1) there have been no discovery
                           violations in this matter, 2) no further records regarding Briko need be
                           provided and 3) that there was nothing improper regarding the reference
                           to Briko in the search warrant sought in this matter. cc; Cooper,
                           Satterberg, MacDonald, FPO, USM, MJ Hall

   102 -  1    09/01/05    DEF 1 objection to R&R re: DEF 1 motion to suppress evidence and
                           memorandum in support therof (15-1), DEF 1 motion to supress statements
                           (56-1).

   103 -  1    09/02/05    [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to suppress
                           evidence and memorandum in support therof (15-1), DEF 1 motion to
                           supress statements (56-1).

   104 -  1    09/06/05    Final R&R re: DEF 1 motion to suppress evidence (15-1); DEF 1 motion to
                           supress statements(56-1); crt declines to modify recommendation that
                           motions be dneied. cc: USA, W. Saterberg, M. Macdonald, Judge Beistline,

ACRS: R_RDSDX                     As of 12/01/05 at 2:56 PM by GARRY                       Page 7
```

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                        "USA V VERONICA ESPINO ET AL"
```

|                   | For all filing dates |

| Document # | Filed    | Docket text |
|------------|----------|-------------|
|            |          | MJ Hall |
| 105 - 1    | 09/07/05 | [Re: DEF 1] TWH Order denying motion for Franks hrg (18-1), motion for Franks Evidentiary hearing: cc; USA, Satterberg,MacDonald, USM, FPO, Judge Beistline, MJ Hall (52-1). |
| 106 - 1    | 09/07/05 | Initial R&R re: DEF 1 motion to suppress search of garbage bag w memo in support Recommended be denied (19-1). Objections due noon 09/19/05. Reply due noon 09/27/05, All objections and responses will be immediately forwarded to the trial Judge for review and final determination cc: USA, Satterberg, MacDonald,USM, FPO, Judge Beistline, MJ Hall. |
| 106 - 2    | 09/07/05 | Initial R&R re: DEF 2 motion to supress evidence with memorandum and affidavit in support recommended be denied (30-1). Objections due noon 09/19/05. Reply due noon 09/27/05, All Objections and responses will be immidiatly forwarded to the trial Judge for review and final determination cc: USA, Satterberg, MacDonald, USM, FPO, Judge Beistline, MJ Hall. |
| 107 - 1    | 09/07/05 | Initial R&R re: DEF 2 motion to suppress evidence of search warrant recommended be denied (31-1). Objections due noon 09/19/05. Reply due noon 09/27/05, All objections and responses will be immediatley forwarded to the trial Judge for review and final determination cc: USA, Satterberg, MacDonald,USM,FPO,Judge Beistline, MJ Hall. |
| 107 - 2    | 09/07/05 | Initial R&R re: DEF 1 motion to supress evidence with affidavit attached recommended be denied (53-1) Objections due noon 09/19/05. Reply due noon 09/27/05, All objections and responses will be immediately forwarded to the trial Judge for review and final determination cc: USA, Satterberg, MacDonald, USM, FPO, Judge Beistline, MJ Hall. |
| 108 - 1    | 09/19/05 | DEF 1 objection to R&R re: DEF 1 motion to suppress search of garbage bag (19-1), DEF 2 motion to supress evidence (30-1). |
| 109 - 1    | 09/19/05 | DEF 1 objection to R&R re: DEF 2 motion to suppress evidence of search warrant. (31-1), DEF 1 motion to supress evidence (53-1). |
| 110 - 1    | 09/19/05 | DEF 2 joinder to DEF 1 motion to suppress search of garbage bag w memo in support. (19-1), DEF 2 motion to supress evidence with memorandum and affidavit in support. (30-1), DEF 2 motion to supress evidence of search warrant. (31-1), DEF 1 motion to supress evidence with affidavit attached. (53-1). |
| 111 - 1    | 09/20/05 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to supress evidence (53-1). |
| 112 - 1    | 09/20/05 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to supress search of garbage bag (19-1). |
| 113 - 1    | 09/30/05 | [Re: DEF 1-2] RRB Order denying motion to suppress evidence (15-1), motion to suppress search of garbage bag (19-1), motion to supress evidence (30-1), motion to suppress evidence of search warrant (31-1), motion to supress evidence (53-1), motion to supress statements (56-1). cc: AUSA, W. SATTERBERG, M. MCDONALD, MJ HALL, MJ ROBERTS |
| NOTE - 3   | 10/04/05 | Issued: Writ of Habeas Corpus Ad Testificandum (for Ramon Contreras). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                                   "USA V VERONICA ESPINO ET AL"

                                       For all filing dates


 Document #    Filed       Docket text

    114 -  1   10/04/05    [Re: DEF 1-2] PLF 1 motion (ex parte) (Petition) for Writ of Habeas
                           Corpus Ad Testificandum (w/att Writ).

    115 -  1   10/04/05    [Re: DEF 1-2] TWH Order granting motion (Petition) for Writ of Habeas
                           Corpus Ad Testificandum  (114-1).

    116 -  1   10/07/05    [Re: DEF 1-2] PLF 1 motion (Application) for order in Limine.

    117 -  1   10/07/05    [Re: DEF 1-2] PLF 1 Trial Brief.

    118 -  1   10/07/05    [Re: DEF 1-2] PLF 1 Jury Instructions.

    119 -  1   10/07/05    [Re: DEF 1-2] PLF 1 Notice of Intent to Use Digital Evidence
                           Presentation System.

    120 -  1   10/07/05    [Re: DEF 1-2] PLF 1 Forfeiture Instructions and Special Verdict Form.

    121 -  1   10/07/05    [Re: DEF 1-2] PLF 1 Voir Dire.

    122 -  1   10/11/05    DEF 1 Trial Brief .

    123 -  1   10/11/05    DEF 1 Jury Instructions.

    124 -  1   10/11/05    DEF 1 Voir Dire.

    125 -  1   10/12/05    [Re: DEF 1-2] PLF 1 Requested Modification of previously requested Jury
                           Instruction relating to statements by defendants.

    126 -  1   10/12/05    DEF 2 motion in limine for order prohibiting or restricting usa if
                           co-defendant Espino's statement, or in the alternative, for severance.

    127 -  1   10/12/05    [Re: DEF 2] PLF 1 opposition to DEF 2 motion in limine for order
                           prohibiting or restricting usa if co-defendant Espino's statement, or in
                           the alternative, for severance (126-1).

    128 -  1   10/13/05    [Re: DEF 1-2] RRB Court Minutes [ECR: Carolyn Bollman] FPTC held
                           10/13/05,USA motion for limine is GRANTED with exceptions, defendant's
                           motion restricting use of statementor in the alternative for severance
                           is under advisement, TBJ to begin 8:30 a.m. 10/17/05 cc:
                           USA,CNSL,USM,USPO,Judge Beistline

    129 -  1   10/13/05    [Re: DEF 1-2] RRB Order granting motion (Application) for order in
                           Limine (116-1).

    130 -  1   10/13/05    [Re: DEF 1-2] RRB Minute Order denying motion in limine for order
                           prohibiting or restricting usa if co-defendant (126-1).

    131 -  1   10/14/05    [Re: DEF 1-2] RRB Minute Order re start time of trial to begin Monday
                           October 17,2005 at 11:00 a.m. cc: cnsl, USA, USM, USPO, Judge Beistline

    132 -  1   10/14/05    DEF 2 joinder in Defendant Espino's Voir Dire Questions.

    133 -  1   10/14/05    [Re: DEF 1-2] Notice of exhibits 1-12 returned to USA.

    134 -  1   10/17/05    [Re: DEF 1-2] Notice of exhibits A and B returned to Mr Satterberg.
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                          "USA V VERONICA ESPINO ET AL"

                              For all filing dates


 Document #    Filed      Docket text

   135 -   1   10/17/05   {SEALED}

   136 -   1   10/18/05   [Re: DEF 1-2] RRB Minute Order vacating COP for Wednesday October
                          19,2005 and setting it for Tuesday October 18,2005 at 3:30 p.m. cc:
                          cnsl, USA, USM, USPO, Judge Beistline.

   137 -   1   10/19/05   [UNSEALED BY COURT ORDER AT DOCKET 141][Re: DEF 1-2] RRB Court Minutes
                          [ECR: Carolyn Bollman] COP held 10/18/05,Def 1-2 changed plea to GUILTY
                          to counts 1 and 2 and acknowledged forfeiture as stated in count 3 of
                          the indictment, IOS set for Jan 13,2005 at 9:30 a.m. for DEF 1 and Jan
                          13,2005 at 10:30 for DEF 2, court GRANTED defendants motion to seal the
                          proceeding cc: cnsl, USA, USM, USPO, Judge Beistline.

   138 -   1   10/20/05   [Re: DEF 1-2] PLF 1 motion to unseal proceedings.

   139 -   1   10/21/05   DEF 1 non-opposition to [Re: DEF 1-2] PLF 1 motion to unseal proceedings
                          (138-1).

   140 -   1   10/26/05   DEF 2 non-opposition to [Re: DEF 1-2] PLF 1 motion to unseal proceedings
                          (138-1).

   141 -   1   10/27/05   [Re: DEF 1-2] RRB Order granting motion to unseal proceedings (138-1).

   142 -   1   10/28/05   {SEALED}

   143 -   1   10/28/05   {SEALED}

   144 -   1   11/02/05   {SEALED}

   145 -   1   11/02/05   {SEALED}

   146 -   1   11/02/05   DEF 1 Notice to court re;letter from Reformers Unanimous International.

   147 -   1   11/08/05   DEF 1 Notice to court re letter from Lucy Gloria to consider aid in
                          sentencing.

   148 -   1   11/14/05   DEF 1 Notice of letter re Lilia Sierra.

   149 -   1   11/16/05   DEF 1 Notice to court re letter from Juan F Mendez.

   150 -   1   11/16/05   DEF 1 Notice to court re letter from Normand A Pepin.

   151 -   1   11/16/05   DEF 1 Notice to court re letter from Sindy S Mendez

   152 -   1   11/16/05   DEF 1 Notice to court re letter from Michelle Mendez.

   153 -   1   11/16/05   DEF 1 Notice to court re letter frim Mica Achkio.

   154 -   1   11/16/05   DEF 1 Notice to court re letter from M Cristina Rodriguez Gonzalez.

   155 -   1   11/16/05   DEF 1 Notice to court re letter from Nadia M Coleman.

   156 -   1   11/16/05   DEF 1 Notice to court re letter from Tayde C Mendez.

   157 -   1   11/16/05   DEF 1 Notice to court re letter from Kwame L Ward.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE F05-0007--CR (RRB)
                                "USA V VERONICA ESPINO ET AL"

                                      For all filing dates


Document #    Filed      Docket text

   158 -   1  11/16/05   DEF 1 Notice to court re letter from Cynthia E .

   159 -   1  11/16/05   DEF 1 Notice to court re letter from Maria Hernandez.

   160 -   1  11/17/05   DEF 1 Notice to court re letter from Marvita Wirkus

   161 -   1  11/22/05   DEF 1 Notice to court re letter from Martha Guzman
```