FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 3:36

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| VERONICA ESPINO, a.k.a. Mariana Espino, | ) |
| | ) |
| Defendant. | ) |

Case No. F05-007-01 CR (RRB)

## NOTICE TO COURT

---
**CERTIFICATION**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

---

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Eusebia Wyatt regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this 5 day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Veronica Espino

:as

CERTIFICATE OF SERVICE
I hereby certify that a true copy
of the above document was sent via
MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: _____  Date: 12/6/05

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

November 27, 2005

To Whom It May Concern,

I knew Veronica Espino about fifteen years ago during a time when I lived in Fairbanks, Alaska. We worked together in different places and I found her to be a very nice person and someone who was very helpful to others. Veronica is a compassionate person and whenever I had a problem I always knew that she would be there for me.

If you have any questions please feel free to contact me. My address is 347 South Potomac Street, Hagerstown, MD 21740. My telephone number is 301-739-2010.

Sincerely,

Eusebia Wyatt

RECEIVED