FILED
US DISTRICT COURT
UNITED STATES DISTRICT COURT ALASKA

FOR THE DISTRICT OF ALASKA 2005 DEC -6 PM 3: 36

TH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| VERONICA ESPINO, a.k.a. Mariana Espino, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. F05-007-01 CR (RRB)

## NOTICE TO COURT

---
**CERTIFICATION**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

---

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Aleja Camilo regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this 5 day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Veronica Espino

:as

CERTIFICATE OF SERVICE
I hereby certify that a true copy
of the above document was sent via
MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: _____ Date: 10/10/05

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

166

November 28, 2005

To Whom It May Concern,

I first met Veronica Espino when I was living in Fairbanks, Alaska about ten years ago. I am the full-time caretaker for my mentally handicapped daughter Elexandra, and whenever there was a problem Veronica was always there and would help me, whether it was in arranging to provide help with transportation, translating when I needed help communicating with medical personnel regarding my daughters healthcare needs, or simply being there when I needed the time to attend to other things.

I cannot calculate all the times Veronica has been there over the years to make things better for my family when problems arose, or to help others in similar situations.

If you have any questions regarding Veronica please contact me. My address is 647 Hayes Ave, Hagerstown, Md 21740. My telephone number is 301-733-4806.

Sincerely,

*Aleja Camilo*

Aleja Camilo