UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 3: 39

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| VERONICA ESPINO, a.k.a. Mariana Espino, | ) |
| | ) |
| Defendant. | ) |

Case No. F05-007-01 CR (RRB)

### NOTICE TO COURT

> **CERTIFICATION**
> I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Jovana Diaz regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this ____ day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Veronica Espino

:as

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was sent via MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF WILLIAM R. SATTERBERG, JR.
By: _____ Date: _____

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

Jovana Diaz
333 Barange #A
(907) 374-0445

Judge Ralph Beistline, my name is Jovana and I'm writting this letter to express how I see Veronica Espino as a person. I've known her for 4 years and I worked for her restaurant for 1 year. From personal experience Veronica was a great boss, she always cared about her restaurant and the importance for us giving great customer service to her clients. She was loyal and dedicated to her work, her employees and friends. As a friend she was trusting and loyal to me. As a mother I always saw a lot of love for her children. So for all these reasons I'm asking you from the bottom of my heart to see her as a good mother and a good friend that she is. Thanks for your time!

Jovana Diaz.