FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 3:29

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| VERONICA ESPINO, a.k.a. Mariana Espino, | ) |
|  | ) |
| Defendant. | ) |

Case No. F05-007-01 CR (RRB)

### NOTICE TO COURT

---
**CERTIFICATION**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

---

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Norma Klapka regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this 8 day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Veronica Espino

:as

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was sent via MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: _____ Date: 12/8/05

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

168

Norma Klapka
4043 Teal Ave
Fairbanks Ak 99709
(907) 479-2969


To The Honorable Judge Beistline:

Sir, I am writing this letter on behalf of my dear friend Veronica Espino. I have learned of the nature of her offense through our local newspaper, and I also know you will be imposing a sentence in January of next year.

I have been a resident of Fairbanks for over 20 years, and I became a regular customer about five years ago at the restaurant Veronica owned in downtown Fairbanks. The exquisite food and the family like treatment I received every time I stepped into her restaurant are among the long list of positive images I have of Veronica. Over the years, I became like another member of her extended family.

A few years ago, I lost my husband of 26 years to cancer; he had been terribly ill for sometime and was never able to recover. Let me tell you, death is something we as human beings do not have any control over and seeing the devastation it leaves behind to the surviving family is inexplicable. I don't think I would have ever been able to get through it without Veronica. We were able to connect on a personal level because we are both native Spanish speakers. I would always come into Veronica's restaurant because I felt so alone and Veronica always managed to uplift my spirits. Sir, I have come across many people from all walks of life but I have never seen such a hard working, kind, and caring individual such as Veronica.

I would always see Veronica working cooking, cleaning tables, mopping floors or carrying groceries into the restaurant. The back of the restaurant often looked like a daycare because it was often used by her young daughters, nieces and nephews to do their homework after school. The children even took naps there when they were too sick to attend school. I would often volunteer to take the children to a movie or out to eat. It helped cleared my mind, which certainly kept me from slipping into a serious depression. I grew attached to the children, especially her youngest daughter, Diana, who was too young to attend school at the time.

Your Honor, it brings me to tears knowing Veronica has been incarcerated for almost a year; a year of not being able to look after her children. A year without seeing her daughter's smile, a year without being able to tuck them in at night, a year without being able to tell them every day, every moment how much she loves them. It must feel like an eternity for her being kept away from the ones she loves and cares for. As a mother, it is heart-breaking to see this happen to her; believe me, I have spent many days crying thinking of how helpless she must feel, not being able to be there for her daughters at such a young age. As I said earlier, death is eminent but I would like to think that there is hope for those who make mistakes on this earth.

Dear Sir, I beg of you to please exercise as much leniency as possible when it comes time for you to impose a sentence on my dear friend Veronica. Please allow her to redeem herself in the eyes of her children, her family, and our community. I know Veronica is one of a kind, a real precious individual. I am hopeful my prayers will be answered and that Veronica will be with us in the near future. I appeal to you as a long time member of this community to kindly have compassion on her when deciding her future.

Sincerely,

Norma Klapka