FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 3: 39

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| VERONICA ESPINO, a.k.a. Mariana Espino, | ) |
| Defendant. | ) |

Case No. F05-007-01 CR (RRB)

## NOTICE TO COURT

---
**CERTIFICATION**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

---

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Josefina Ibarra regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this _____ day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Veronica Espino

:as

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was sent via MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: _____ Date: _____

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

Josefina Ibarra
1134 23rd Ave
Fairbanks Ak 99701
(907) 452-4382

To The Honorable Judge Beistline:

I am writing this letter on behalf of Veronica Espino. I have known Veronica for a little over a year. I have learned of the nature of her offense through our local newspaper, and I also know you will be imposing a sentence in January of next year.

I am a long time resident of the Fairbanks area, and I know Veronica through the restaurant she owned in downtown Fairbanks, where I was a regular customer. The restaurant was highly recommended and was well known for the great food. Also, the restaurant was immaculate and the service was excellent. Veronica is an excellent cook and a very kind person.

I am a very good judge of character, and I can honestly say Veronica is a very humble and hard working person. I would often see her in the kitchen cooking or in the dining area helping out cleaning tables. Also, because we both speak the same language, it was very easy to get to know each other on a more personal basis. I know her children are very important to her and I can only imagine how difficult this situation must be for her.

As a person that knows Veronica, and as a long time member of this community, I am hopeful that she will be allowed to continue to be a productive member of our community. I hope you are as lenient as possible when you hand down your sentence.


Sincerely,

*Josefina Ibarra*

Josefina Ibarra