FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 3: 39

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,         )
                                  )
                Plaintiff,        )
                                  )
         vs.                      )
                                  )
VERONICA ESPINO, a.k.a. Mariana   )
Espino,                           )
                                  )
                Defendant.        )
_____)

Case No. F05-007-01 CR (RRB)

## NOTICE TO COURT

> **CERTIFICATION**
> I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Gisela L. Correa regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this ___ day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
    William R. Satterberg, Jr.
    ABA No. 7610126
    Attorney for Veronica Espino

:as

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was sent via MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: _____ Date: 12/8/05

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

170

Gisela L Correa
3350 Thomas st sps #21
Fairbanks Ak 99701
(907) 452-3469


To The Honorable Judge Ralph Beistline:


My name is Gisela Correa, I've been a resident of Fairbanks for 14 years. I moved up from Texas in 1991. I'm a mother of 4 children, and all born in Fairbanks, and I also found, and married my husband here in Fairbanks . We've known Veronica for about 8 years, and my daughters grew up with her daughters and stepdaughter Chistina. Our daughters always have danced together for the past five years. They were involved in folkloric Mexican and COLOMBIAN dancing for I was the coordinator, and still I am. Veronica and her family were well like and loved, and cherished the from the Hispannic community.She also made a lot of donations food wise, for special fares that would come, and ask for her restaurant's cooperation. For all the years I have known Veronica all that I have seen come from her is gesture a helping hand, a shoulder to cry on. She always helped you from the bottom of her heart. She never hurt anybody, and if you needed anything, and if she could help you she was always there for you. Her daughter Stephanie a very beautiful girl an intelligent, honest, and also just like her mom always glad to help an any way she could. Veronica is a great person friend, a very good mother, and modest confident person. I never saw her do anything wrong other than just helping her friends, and family. If she had to she will give you her shirt off her back. When I needed a friend she was their for me, and my family, and I will always lover her for that, and be thankful for the rest of my life. My family, and I will pray for her, and her daughters. Thank you your honor for letting me tell you about a real friend Veronica is.

Thank you,


Gisela l Correa