FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 3: 40

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,            )
                               )
   vs.                         )
                               )
VERONICA ESPINO, a.k.a. Mariana )
Espino,                        )
        Defendant.            )
_____)

Case No. F05-007-01 CR (RRB)

## NOTICE TO COURT

---
**CERTIFICATION**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

---

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Maribel E. Martinez regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this _8_ day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Veronica Espino

:as

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was sent via MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: _____ Date: 12/8/05

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

171

Maribel E. Martinez
885 Muese Arggone
Fort Wainwright, AK 99703
(907) 356-1290


Dear Honorable Judge Ralph Beistline:

Your Honor, I am writing to you in regards to my wonderful loving sister, Veronica Espino. She is due for sentencing on January 13, 2006, and I am compelled to implore you to exercise as much leniency as you can in determining her sentence. My sister is a very loving, gracious, and kind person.

Veronica has always gone above and beyond what a sister and aunt would do for her family. My sister has played a pivotal role in my life and the life of my children. She is my best friend, my confidant, and the best sister anyone can have. She has been like a second mother to my children because they have spent so much time with her. But most importantly, my sister has given them the love children so greatly need at such a tender age. Veronica treated my children as if they were her own and often attended school functions when I was not able to. She cooked, washed, and disciplined them accordingly when they were under her care. She often took time from the restaurant to help them with their math homework. She always encouraged them to do well in school. Veronica earned their love and respect. Now, it breaks my heart to see how much my children miss her. They often ask when their aunt will be coming home. Their grades have taken a slight slump, as well as their enthusiasm for school and other activities. They miss her so much.

My sister is obviously a marvelous mother to her own children. She has a five-year old little girl and a thirteen year old daughter. Her daughter Stephany Mendez, who is thirteen, is one of the top students in her school. She has earned several awards over the years and has served as a great example to my children. Stephany is very intelligent, and her success in school and her positive outlook in life is certainly a reflection of my sister's care and love for her. It breaks my heart to see how much she misses her mother.

I also find myself in desperation because she is no longer with us and because her freedom is so uncertain at this point. My husband has now been deployed to Iraq, and I am terrified of having another member of my family sent to a terrible place. I love my sister, and I hope that you can find it in your heart to use a great deal of leniency in your sentencing decision.

Sincerely,

Maribel Martinez
Maribel Martinez