FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 3: 38

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,      )
                               )
                    Plaintiff, )
                               )
        vs.                    )
                               )
VERONICA ESPINO, a.k.a. Mariana)
Espino,                        )
                               )
                    Defendant. )
_____)

Case No. F05-007-01 CR (RRB)

## NOTICE TO COURT

> CERTIFICATION
> I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Hilda Espino regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this 7 day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Veronica Espino

:as

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was sent via MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: (WS)   Date: 12/7/05

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

172

Hilda Espino<br>
4303 Mist Trail Dr.<br>
Stockton, CA 95206<br>
(209) 982-1164

December 6, 2005

Dear Judge Beistline:

My name is Hilda Espino, and I am writing this letter on behalf of my sister Veronica Espino. I have learned that my sister Veronica is currently facing felony charges and is scheduled for sentencing on January 13, 2006. I am writing this letter to show my solidarity and support for my loving sister Veronica.

I come from a large family composed of eight brothers and sisters, and I am one of the middle children. Life has not always been easy for us; nevertheless, we were raised in a very cohesive, hard working environment with strong morals and values. Growing up in Mexico, I remember that my parents had to work very hard to be able to support all of us. Often times my mother had to work two jobs, and my father worked odd jobs but worked mostly as a taxi driver. The reality of the time was that our parents had to work a lot, which put most of the responsibility of caring for the young children on the oldest ones. In this case, my sister Veronica was in charged of our care, she made sure our house was clean and that our meals were prepared when we got home from school. Unfortunately, Veronica sacrificed many things to ensure we were taken care of, and as a result she was unable to continue her education at an early stage of her life. However, she was happy to be there for us and always encouraged us to excel in school and to become successful and productive people.

Veronica has been a blessing to us and we are very thankful for everything she has done for us. We have been very successful in our lives and our carreers and my sister has been a huge positive influence on all of my family. Although, we live hundreds of miles apart, the daily phone conversations and the occasional visits reinforced our relationship as a loving and caring family.

I am very sad to see my sister feeling helpless and unable to tend to her children as she would like to. However, I am very hopeful that you would find it in your heart to give her a second chance to be united with her family again.

Truly yours,

*Hilda Espino*