UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| VERONICA ESPINO, a.k.a. Mariana Espino, | ) ) ) |
| Defendant. | ) ) |

Case No. F05-007-01 CR (RRB)

### NOTICE TO COURT

> **CERTIFICATION**
> I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Jose Espino regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this _____ day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Veronica Espino

:as

CERTIFICATE OF SERVICE
I hereby certify that a true copy
of the above document was sent via
MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG JR.
By: _____ Date: _____

Jose Espino
2330 Moorglen Ct
San Jose, CA 95133
(408) 937-9827

December 1, 2005

Judge Ralph Beistline:

I am writing on behalf of my sister Veronica Espino who will be sentenced on January 13, 2006 on federal drug charges.

Our family has been in this country for over 20 years and we have never faced any situation such as the one my sister is currently facing. Veronica comes from a humble, hard working family with deeply embedded family values. We have all worked very hard to become successful in our own lives and Veronica is no exception.

Veronica is a very hard working person who has had done a great deal of good. She is a great mother who strives to provide her children with a good upbringing. She is also a very humble person who cares greatly about the wellbeing of her family, even strangers who need a helping hand.

This is a very significant time in my sister's life, and we hope that she is given the opportunity to continue to raise her young children. Therefore, I ask that you please have a great deal of leniency when handing down your sentence.

Thank you.

Sincerely, *Jose Espino*