FILED
US DISTRICT COURT
DISTRICT OF ALASKA

**UNITED STATES DISTRICT COURT**

2005 DEC 12 PM 3: 38

**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
    vs.                      )
                             )
VERONICA ESPINO, a.k.a. Mariana )
Espino,                      )
            Defendant.       )
_____)

Case No.  F05-007-01 CR (RRB)

## NOTICE TO COURT

> CERTIFICATION
> I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

COMES NOW, Veronica Espino, by and through her attorney of record, the Law

Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Michael

Espino-Tellez regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this 7 day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By:_____
        William R. Satterberg, Jr.
        ABA No. 7610126
        Attorney for Veronica Espino

:as

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

CERTIFICATE OF SERVICE
I hereby certify that a true copy
of the above document was sent via
MAIL to:  **Probation Office, Steve
Cooper, Scott Furstman and Mike
McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: (_____)_____ Date: 12/9/05

174

**STATE**
COMPENSATION
INSURANCE
**FUND**

IN REPLY REFER TO:

November 14, 2005

Michael Espino-Tellez
1880 Meridian Ave #10
San Jose, CA 95125

United States District Court
For The District Court Of Alaska

Re: U.S. vs. Veronica Espino

Dear Honorable Judge Ralph Beistline:

This letter is about an extraordinary human being; this letter is about Veronica Espino, an inspirational role model to many. I have many fond memories of Veronica, but the most memorable ones are those of Veronica in the role of an elite mother, a loving daughter and sister, a loving aunt, a caring friend, and a hard working human being.

I have known Veronica all of my life. I am the second youngest of a family of eight, and Veronica has been a very positive role model throughout my life. She has been a mother figure to me, always worrying about my schooling and ensuring I do not digress from my career goals. Because of her, engraved in my mind is the importance of family values, religion, and unmatched work ethics. Veronica has always been a great mentor to anyone with and open-heart and mind.

Veronica is a very hard working person with incredible devotion and respect to any job she performs.  Allow me to tell you a short anecdote of how Veronica tough me the importance of an education, which stems back to my early teens. I was approximately fifteen years old when two siblings and I spent a whole summer with Veronica at a time when she worked in the fields of Southern California. It was an unforgettable summer to say the least. We had to be up at four in the morning to prepare our lunch and head out to the fields to work. It was the first time we had ever been in such environment—hot, dusty and filled with pesticides. It was also here that we learned of the arduous work Veronica had been carrying out for the past few years; she worked from dawn to dusk mostly in blistering heat. She explained it was a life she did not want for us and that the only way to stay out of the fields was to stay in school and educate our minds. Needless to say, our work in the fields was an experience that only lasted a few days, but it's a lesson that will last a lifetime. Being able to attend school was a dream my sister was unable to fulfill for herself but was excited for us because she believed we had a better opportunity to attend and finish college, if we so desired.

# STATE
## COMPENSATION
### INSURANCE
# FUND

IN REPLY REFER TO:

Well, I was empowered by Veronica and I had a great desire to attend school. I am very proud to say that this wonderful woman played an enormous role in my achievements in life. I was the first to attend and graduate from a four-year university. I possess a Bachelor's of Science degree in Business Administration with a double concentration, one in Management Information Systems and the other in Human Resources. Currently, I am in the process of enrolling in the Administration of Justices' graduate program at a local university where I'm also an alumni.  In addition, for the past few years, I have been employed by the State of California in the department of Workers' Compensation as a Claims Examiner. Many of these achievements were accomplished while I was employed fulltime and attending to my undergraduate studies fulltime. Veronica always tried to convey to us the importance of achieving our dreams by following a path of hard work and education. She is a true inspiration.

Your Honor, my sister Veronica has recently pleaded guilty to a serious crime and is due for sentencing in January 2006.  However, there is another side to Veronica that those who love her know must be told. We could probably write a book of how wonderful my sister is and of the goodness she brings, and has brought to those around her.  In this book we would vividly describe her sparkling personality, her generosity, her excellent work ethics, and her genuine desire to help others. Unfortunately, to write a book about her is not practical in these circumstances; however, I can only use this short letter to implore you to use as much leniency as possible when imposing her sentence.

I strongly believe in a person's ability to learn from their mistakes. I would also like to think our judicial "system" can or will rehabilitate people in ways other than handing down long jail sentences. I can only imagine how horrific it must be to contemplate the idea of losing years of your life at your family's side by spending years in prison. An unfortunate reality my sister currently has to deal with.

Many of us cannot conceive the idea of losing my sister to a horrible place such as prison where she will only wither away. I can only see the deteriorating affect it is having on my ailing parents, as well as other family members and friends. This has been an emotional and psychologically debilitating ordeal for my family and me, as we have never experienced anything of this nature. Certainly there is more of a restorative approach that can be taken instead of one that is based on retribution.  I just don't think prison is the only answer.

Thank you for your time and consideration to the above.

Respectfully submitted,

Michael Espino-Tellez
(408) 363-7546

6203 San Ignacio Avenue • San Jose, CA 95119-1325
Policy (408) 363-7600  Fax (408) 363-7640
Claims (408) 363-7400  Fax (408) 363-7866
Mailing Address: P.O. Box 530957 • San Jose, CA 95153-5357

