FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 3: 38

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| VERONICA ESPINO, a.k.a. Mariana Espino, | ) |
| Defendant. | ) |

Case No. F05-007-01 CR (RRB)

## NOTICE TO COURT

---
**CERTIFICATION**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

---

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from J. Javier Espino regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this 9 day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Veronica Espino

:as

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was sent via MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: _____ Date: 12/7/05

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

J. Javier Espino
25649 Deck Road
Escalon, CA 95320
(209) 838-6110


Honorable Judge Ralph Beistline:

You will soon have to decide the fate of a woman by the name of Veronica Espino. This woman who stands before you may seem like any other person waiting to be sentenced as she passes through the courtroom in which you preside. But she's not just any other person passing by because she is a very kind and caring person. She is a very special person. I know this because the person that will soon be facing you is my mother. Yes, I also understand the reason or reasons for which she stands before you, but just like any other human being in this world we all make mistakes.

Although, I was not raised by my mother Veronica, she still has a big influence on my upbringing. I was raised mostly by my grandparents in a very loving and really caring household. We are a very close knit family. I was blessed with two mothers, my grandmother and my mother Veronica and I love them both the same. I had my first job when I was fourteen years old as a dishwasher at the restaurant my mother, Veronica, owned in Alaska. This is how I spent a couple of my summers working, and it was the only way I was able to spend time with my mother. I know she worked really hard because she was there more than 12 hours a day, seven days a week. I really did not like washing dishes and I remember my mom would always tell me that if I didn't like those kinds of jobs then I should stay in school. She always encouraged me to do my best.

Sir, at my 18 years of age and as I begin the voyage of life, I know that I will not always make the best decisions and that is a part of life. I am very lucky to have a mother like Veronica because she has tough me so many important lessons which I think have helped steered me in the right direction. I just graduated from high school and recently enrolled in college. I also have a part-time job as a bilingual customer service representative for a telephone company called MCI. I have never been in any trouble.

For the past ten months my mother has been unable to see her family, has missed birthdays and holidays. Today is Thanksgiving's day and she is not here with us to share this special holiday and soon she will miss Christmas and New Years. She already missed my little sister's first day of kindergarten. She also missed my high school graduation, which is something that I was very upset about because I don't think that there is anything worst than having someone who you love and care about miss one of the most important days of your life. An event like a graduation is a day that I believe is very important for any parent as they watch there son or daughter take a big step into their future.

Veronica Espino is a woman that I have a lot of respect for not only because she is my mother but because she is the type of person that people would look up to and ask for advice. She has been through a lot in life and she has always known how to handle every obstacle that has come her way.  I am asking you to not look at my mother as just another person but to look at her as a loving mother with a heart of gold that loves to help other people. I would like to see my mother continue to be a part of my life because I miss her very much and I need her in my life.  Please, I ask for your help to make it possible for my mother to be home with us soon.

Thank you for taking the time to read my letter.


Sincerely,

J. Javier Espino