FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 3: 39

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,            )
                                      )
            Plaintiff,                )
                                      )
      vs.                             )
                                      )
VERONICA ESPINO, a.k.a. Mariana       )
Espino,                               )
                                      )
            Defendant.                )
_____)

Case No. F05-007-01 CR (RRB)

## NOTICE TO COURT

---
CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

---

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Gloria Cesario regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this 9 day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
       William R. Satterberg, Jr.
       ABA No. 7610126
       Attorney for Veronica Espino

:as

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was sent via MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: _____ Date: 12/9/05

Gloria Cesario
2987 Quest Lane
San Jose, CA 95148
(408) 238-9266

December 4, 2005

Dear Judge Beistline:

I am writing to you in regards to my sister Veronica Espino. She is currently facing a situation that is completely out of her character, and I would like to tell you a little about my wonderful sister Veronica. My sister Veronica is a woman with an enormous heart and a very unique and lovable personality.

I have passed through some very challenging moments in my life and I could not have made it without the support of my family—especially my sister Veronica. I have been a single parent for over a decade and Veronica has been a tremendous support system for me and a wonderful role model to my children. I was a complete disaster after enduring a horrible divorce and custody battle. I was ready to give up on a lot of things, but my sister Veronica always managed to say the right words to make me feel better. She is a very hard worker and a superb mother, and she always has such a positive outlook in life no matter what the situation may be.

Veronica encouraged me to go back to school and begin a new life. She believed in me and wished a better life for me and my children. I went back to school and obtained my GED and continued to take some college courses. It was not too long before I landed a job earning a hefty income in the sales department of a successful telephone company called SBC. It recently merged with another conglomerate called AT&T making it one of the most successful mergers in North America. It has been eight years since I began my career in the communications industry and I could not have done it without my sister's support. She has been an exemplary person to me, my children, the rest of my family, and everyone around her.

I have very beautiful images of my sister Veronica, and it's impossible for me to see her in any other light. My children speak very highly of her and they hold a lot of respect for her as well. One only has to see how much love and attention she gives her own children to understand the reasons behind their happiness. Veronica has spread that love to the rest of her family and we love her dearly for being the wonderful, kind, and caring person she has always been.

I know I speak for my family when I say, the doors to our hearts and to our homes are open to my sister. We would be honor to help my sister both emotionally and financially so that she can begin a new life, a life together with the people that love her and miss her the most—a life together again with her family.

I thank you from the bottom of my heart for allowing us to voice our thoughts and wishes regarding my sister Veronica Espino.

Sincerely,

*Mona Cesaro*