FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC 14 PM 3:43

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| VERONICA ESPINO, a.k.a. Mariana Espino, | ) |
| Defendant. | ) |

Case No. F05-007-01 CR (RRB)

## NOTICE TO COURT

---
**CERTIFICATION**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

---

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with a letter from Yazmin H. Garcia regarding the above-captioned matter to consider in aid of sentencing.

DATED in Fairbanks, Alaska this 13 day of December, 2005.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Veronica Espino

:as

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was sent via MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: _____  Date: 12/14/05

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

177

12 November 2005

To Whom It May Concern:

    I have known Veronica Espino since the summer of 2000 when I was seeking employment at her restaurant El Mariachi. She has always been a kind warm hearted individual who took an active part in her community. I was very luck to have met her and always considered her to be a positive role model. I was very upset to hear of her current predicament. Although I am not sure of the details that lead up to her incarceration, I can guarantee you that she is a good person and deserves the benefit of the doubt. Thank you for your time and understanding.

Sincerely,

Yazmin H. Garcia
3148 Brook View Lane Apt B
Northpole, Ak 99705
907-488-9297

6