TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-cr-007-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PLAINTIFF'S SENTENCING** |
| ) | **STATEMENT AS TO BOTH** |
| VERONICA ESPINO, a.k.a. Mariana ) | **DEFENDANTS** |
| Espino, and DAVID MACEDA- ) | |
| SOSA, ) | |
| Defendants, ) | |
| ) | |

Plaintiff, the United States of America, offers the following sentencing

statement regarding defendant David Maceda-Sosa.

United States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), requires that although the Sentencing Guidelines are advisory, not mandatory, the district courts "must consult those Guidelines and take them into account when sentencing." Id., 125 S.Ct. at 767.

The Presentence Report (PSR) correctly computes the drug quantity invovled in this conspiracy as between 5 and 15 kilograms (PSR ¶ 72). This quantity is not in dispute.

Because defendants were charged with and convicted of both conspiracy to distribute in excess of 5 kilograms of cocaine (Count 1) and possession with intent to distribute in excess of one kilogram of cocaine (Count 2), the statutory minimum sentence on Count 1 is 10 years and the maximum is life imprisonment with 5 years' supervised release, and Count 2 carries 5 to 40 years with a supervised release term of 4 to 5 years. PSR ¶¶ 133-134, 138-141. Plaintiff concurs with the finding (PSR ¶¶ 70, 136) that both defendants qualify for the safety-valve statute, 18 U.S.C. § 3553(f), which requires this Court to impose a guideline sentence without regard to the statutory minimum, upon defendants' having met the requirements of that subsection, including truthfully providing to the government all information they have concerning their offenses. As the PSR also observes, this also entitles them to

the 2-level reduction in offense level under USSG § 2D1.1(b)(7).

Thus, when the conditions for application of § 3553(f) are found to exist, that statute does not simply eliminate the statutory minimum without further restriction. It expressly requires that a guideline sentence be entered when sentencing without regard to the statutory minimum

The Guidelines should also be accepted as the reasonable result for this case, inasmuch as they were enacted for the purpose of arriving at reasonable sentences under § 3553(a).  See 18 U.S.C. § 3553(a)(4).  They should be given weight as presumptively reasonable under the factors set forth in 18 U.S.C. § 3553(a), where, as here, no facts in this case show the guideline range to be unreasonable.

Where the sentence should fall within the guideline range is a matter plaintiff submits to the Court, upon consideration of all relevant factors.  A factor not expressly covered by the Guidelines and the foregoing analysis is the fact that the defendants, while otherwise gainfully employed and not in financial need, conducted their drug distribution business for profit, in their own home where they resided with their small children.  This tends to indicate a sentence above whatever range would otherwise be considered average for such a drug conspiracy.

Considering all the foregoing factors and other relevant matters, the United States requests that sentence be entered within the guideline range of 78 to 97

months, as set forth in the PSR, ¶ 136, and that criminal forfeiture of the $27,287 in cash seized from defendants during the search of their house on February 18, 2005, as alleged in Count 3 be ordered.

RESPECTFULLY SUBMITTED this  6th  day of January, 2006, at Fairbanks, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s//Stephen Cooper
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
AK #6911028

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing **PLAINTIFF'S SENTENCING STATEMENT AS TO BOTH DEFENDANTS** was sent to the following counsel of record on January 6, 2006, via:

( X ) U.S. Mail

| | |
|---|---|
| William R. Satterberg | Scott S. Furstman, Attorney at Law |
| Satterberg Law Office | 1541 The Alameda |
| 709 4th Avenue | San Jose, CA  95126 |
| Fairbanks, Alaska 99701 | |

Michael A. MacDonald
MacDonald & Levengood
1008 16th Avenue, Suite 200
Fairbanks, Alaska 99701


s//Stephen Cooper