```
                                              FILED
                                         US DISTRICT COURT
                                         DISTRICT OF ALASKA

 1  SCOTT S. FURSTMAN (CA Bar #76476)
    Attorney at Law                       2006 JAN -9 PM 2: 21
 2  1541 The Alameda
    San Jose, CA  95126
 3  (408) 292-4132 (telephone)
    (408) 292-4162 (facsimile)
 4
    Attorney for Defendant,
 5  VERONICA ESPINO

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                       DISTRICT OF ALASKA

10  UNITED STATES OF AMERICA,   )
                                )
11               Plaintiff,     )
                                )
12       v.                     )
                                )
13  VERONICA ESPINO,            )
                                )
14               Defendant.     )
                                )
15  Case No. F05-0007 CR (RRB)

16      NOTICE OF MOTION AND MOTION TO CONTINUE SENTENCING ON SHORTENED TIME

17       COMES NOW Defendant, Veronica Espino, by and through her

18  attorney of record, Scott S. Furstman, in association with the Law

19  Offices of William R. Satterberg, Jr., and hereby moves this court

20  for an order continuing sentencing from January 13, 2006 to March

21  10, 2006 at 9:30 AM.

22       The basis for this request is to allow counsel to prepare for

23  sentencing and address various issues with the Government.

24  Additional time is necessary as Mr. Furstman was out of the office

25  the preceding week as his son underwent surgery.

26       Assistant United States Attorney Stephen Cooper does not

27  oppose this request. Michael MacDonald, counsel for co-defendant

28                              1.
                    Case No. F05-0007 CR (RRB)
          NOTICE OF MOTION AND MOTION TO CONTINUE SENTENCING
```

1  David Maceda Sosa advises that he does not oppose this request and
2  will be filing a separate joinder to continue the Maceda Sosa
3  sentencing to March 10, 2006 as well.
4  DATED: January 9, 2006            Respectfully submitted,
5
6                                     SCOTT S. FURSTMAN
                                       Attorney for Defendant,
7                                      VERONICA ESPINO
8
9
10
11                        CERTIFICATE OF SERVICE

I hereby certify that a true copy of
12  the above document was mailed/hand-delivered to:
    Furstman
    Probation Office
13  MacDonald and
    hand delivered Cooper
    This 9 day of 1, 20 06
14
    LAW OFFICE OF WILLIAM R. SATTERBERG, JR.
15
    By: _____
16
17
18
19
20
21
22
23
24
25
26
27
28                              2.
                    Case No. F05-0007 CR (RRB)
            NOTICE OF MOTION AND MOTION TO CONTINUE SENTENCING