## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  USA   v.   VERONICA ESPINO  

DATE:   January 10, 2006      CASE NO.   4:05-cr-0007 RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **RE SENTENCING**

---

      Defendant has filed an unopposed Motion to Continue Sentencing (Docket 80). The hearing scheduled for **January 13, 2006, at 9:30 a.m.**, in Fairbanks, Alaska, will be used to reschedule sentencing in this matter.

M.O. RE SENTENCING