```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.  VERONICA ESPINO D-1  CASE NO. 4:05-cr-0007-01-RRB
            DAVID MACEDA SOSA D-2          4:05-cr-0007-02-RRB
Defendants: X Present X In Custody

BEFORE THE HONORABLE: RALPH R BEISTLINE

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

UNITED STATES' ATTORNEY: STEPHEN COOPER

DEFENDANT'S ATTORNEY:   WILLIAM SATTERBERG D-1
                        MICHAEL MacDONALD D-2

U.S.P.O.:   MARCI LUNDGREN

INTERPRETER: KEVIN DeVANY                    ( SPANISH )
X Telephonic Appearance                      (Language)

PROCEEDINGS: RESCHEDULING HEARING HELD 01/13/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.
```

Court and counsel heard re rescheduling sentencing as to both defendants.

Previous trial date **VACATED.**

Imposition of sentence for Veronica Espino is set for March 3, 2006 at 9:00 a.m. in Fairbanks.

Imposition of sentence for David Maceda-Sosa is set for March 3, 2006 at 10:00 a.m. in Fairbanks.

At 9:40 a.m. court adjourned.

DATE:   01/13/2006                DEPUTY CLERK'S INITIALS: tg