FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2006 JAN 18 PM 3: 40

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
  vs. )
)
VERONICA ESPINO, a.k.a. Mariana )
Espino, )
        Defendant. )
_____ )

Case No. F05-007-01 CR (RRB)

## NOTICE TO COURT

> CERTIFICATION
> I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

COMES NOW, Veronica Espino, by and through her attorney of record, the Law Offices of William R. Satterberg, Jr., and hereby provides the court with the translated version of Ms. Espino's letter addressed to the Court regarding her sentencing.

DATED in Fairbanks, Alaska this 18 day of January, 2006

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Veronica Espino

:as

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

CERTIFICATE OF SERVICE
I hereby certify that a true copy
of the above document was sent via
MAIL to: **Probation Office, Steve Cooper, Scott Furstman and Mike McDonald**
LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By_____ Date: 1/19/06

**The Language Bureau**
**TRANSLATOR'S DECLARATION**

I, Yolanda Salazar Hobrough, hereby certify that I have accurately and completely translated the attached document(s) from Spanish into English to the best of my skill and ability. I am a professional translator and interpreter, fluent in both the Spanish and English languages, a Certified Translator (certified from Spanish to English, from English to Spanish and, from French to Spanish), a Certified Court Interpreter in Spanish and English, all certified by the Society of Translators and Interpreters of British Columbia (STIBC) of which I am a Member in good standing, and which itself is a member association of the Canadian Translators and Interpreter's Council (CITC) I am also a certified as a Spanish Court Interpreter by the U.S. Federal Court Administration, Washington DC. Full credentials may be obtained from The Language Bureau in Vancouver.

| Square brackets [...] signify either translator's notes if in English, or untranslatable words if in Spanish. | Signed in Vancouver, BC, Canada, on 29 December 2005 | _____<br>Yolanda Salazar Hobrough |
|---|---|---|

[Page 1]

First of all, I want to thank the Judge for allowing me to address this Court.

I would love this to be a nightmare, but no, this is real and I do not know at what point in my life I made the wrong decision that brought me here.

The most selfish decision of my life was to want money without paying any attention or caring about causing harm. Today, during this time, I have seen the reality of mothers and fathers who abandon their children to live on the streets with their drug addictions. But they are not the ones who pay for the mistakes – it is their children who grow without their parents, without love and exposed to danger because of selfish people without conscience, like me, who fail to see that we are breaking homes apart and destroying dreams. Today, God has opened my eyes and changed my heart. I now see reality of my errors and I want to ask forgiveness of God, of this Court and of the whole community.

How I would like to erase the part of my life but I can't. What I can do is tell you that I am going to do my best so I won't have to be here again waiting for another sentence.

[Page 2]

I know that I am going to spend time in jail. I know that I have to pay the consequences of my actions. During this time I will prepare myself to be a better human being by actively participating in any program that will help me prepare to not commit the same mistake, so that when the time comes for me to return to my children, I will be able to work honestly and help my children get ahead.

Now that I have given my life to God, I know that I have the faith to let him guide my life along the right path.

Once, again, I would like to ask forgiveness of God, the Judge and the community for the damage and hurt I have caused.

I ask my family to forgive me, especially my brother Michael and my elderly and ailing parents who shed tears of sorrow when they found out about my error.

I also ask the forgiveness of all the children and all the people I don't know. I don't know where they are but I know that they exist and are suffering, possibly because of my fault. I can only ask them again to forgive me.

[Page 3]

I also want to ask my children to forgive me: Kwane, Stephanie, Cintia, Diana. They are innocent, yet they are paying for the error I committed. I shattered their dreams and I changed their children's world and now they have to live in a world of pain.

I just want to finish by saying that all of this has hurt me. It really hurts when I think about the error I committed that is keeping me away from my children. For all of this I am truly sorry and once again I ask for forgiveness.

[Page 4]

One day in jail, while crying
I said to my Lord:

I give you my life and my heart,
I want to do everything according to your will
I do not want to err. Make me a new being

I only ask You to give me one chance
I want to know You
I want to be with You there, in eternity.

Forgive my errors,
Forget my sins,
Accept my promises
I want to be free.

Show me the way
And I'll walk with You
I want a new life
Hear me, Lord,
I want to preach.

Please translate into English this song that I wrote.
Thank you for your patience and I hope you understand my writing,
May God bless you and take care of you.

Sincerely,

Veronica Espino

Antes que nada quiero agradecer al Juez por permitirme dirigirme a este tribunal.

Como me gustaría que esto fuera una pesadilla pero no esto es real y no se en que momento de mi vida tome la decición equivocada que me trajo hasta aqui.

La desicion más egoista de mi vida donde por querer tener dinero no me fije ni me importo hacer daño, hoy en este tiempo he visto la realidad donde las mujeres y padres de familia abandonan a sus hijos por vivir en la calle de la drogadicción pero quien verdaderamente pagan las errores son los niños que crecen sin padres sin amor solos expuestos al peligro por culpa de personas inconcientes egoistas como yo que no miramos que separamos hogares y destruimos sueños.

pero hoy que dios a abierto mis ojos y cambiado mi corazón estoy mirando la realidad de mis errores quiero pedir perdon a dios al juez y a toda la comunidad.

Como quisiera borrar esta parte de mi vida pero no puedo lo que si puedo es decirles que voy a tratar de hacer todo lo mejor que pueda para no volver a estar aqui o entra sala esperando otra sentencia.

Yo se que voy a pasar tiempo en la carcel se que tengo que pagar la consecuencia de mis actos en este tiempo. Voy a prepararme para ser un mejor ser humano, participando activamente en cualquier programa que me prepare para no volver a cometer el mismo error. Para que cuando llege el momento de estar con mis niños pueda trabajar honrradamente y sacar mis niñas adelante

Ahora que e entregado mi vida a dios yo se tengo fe que el guiara mi vida por el camino correcto.

Pero una vez más quisiera pedir perdon a dios al juez y a la comunidad por el daño y el dolor causado
    Pido perdon a mi familia principalmente a mi hermano Michael y a mis ancianos y enfermos padres a quienes he hecho derramar lagrimas de dolor al darse cuenta de mi error

Tambien pido perdon a todos los niños y personas que no conosco no se donde estan pero se que existen y estan sufriendo tal vez por mi culpa. Solo puedo decirles una vez mas perdon

También quiero pedir perdón a mis niños a Kwame a Stephanie a Cintia a Diana que sin tener culpa ellos también están pagando por el error que yo cometí. Les quebré sus sueños y les cambié su mundo de niños y ahora tienen que vivir en un mundo de dolor.

Hoy solo quiero terminar diciendo que todo esto me duele, me duele de verdad que estoy sufriendo al darme cuenta del error que cometí que me aleja de mis niños por lo cual hoy me arrepiento y pido perdón una vez más.

Un dia en la carcel llorando
le dije a mi Señor

Te entrego mi vida y mi corazón
Quiero hacerlo todo a tu parecer
No quiero equivocarme hazme un nuevo ser

Yo solo te pido una oportunidad
Quiero conocerte
Quiero estar contigo alla en la eternidad

Perdona mis errores
Olvida mis pecados
acepta mis promesas
Quiero ser libre ya

enseñame el camino y
a caminar contigo
Quiero una nueva vida
escuchame dios mio
Yo quiero predicar.

Por favor me gustaria que me tradujera al ingles
esta cancion que escribi
Muchas Gracias por su paciencia y ojala
le entienda a mi letra
        Que dios la bendiga y la cuide
    Atte  Veronica Espino.