MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. **VERONICA ESPINO**    CASE NO. **4:05-cr-00007-01-RRB**
Defendant: **X** Present **X** In Custody

BEFORE THE HONORABLE: **RALPH R BEISTLINE**

DEPUTY CLERK/RECORDER: **TINA J GROTHAUSE**

UNITED STATES' ATTORNEY: **STEPHEN COOPER**

DEFENDANT'S ATTORNEY: **WILLIAM SATTERBERG, SCOTT S FURSTMAN**

U.S.P.O.: **MARCI LUNDGREN**

INTERPRETER:        **JOSE PINA**                (**SPANISH**  )
**X** Telephonic Appearance                                (Language)

PROCEEDINGS: IMPOSITION OF SENTENCE Held: 3/3/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

Court asked counsel for side bar re: sealing proceedings.

**X** Interpreter sworn.

**X** Notice of Appeal form given to defendant/defense counsel.

**X** Court stated findings/reasons pursuant to sentencing guidelines.

**X** Sentence imposed as stated in the judgment.

**X** OTHER: **Defendant asked to be placed at FCI Pleasanton in Dublin California.**

At 10:38 a.m. court adjourned.

DATE: **3-3-2006**            DEPUTY CLERK'S INITIALS: **tg**