DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-007-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR FINAL DECREE** |
| | ) | **OF FORFEITURE** |
| v. | ) | |
| | ) | |
| VERONICA ESPINO, | ) | FILED UNDER SEAL |
| a.k.a. Mariana Espino, and | ) | |
| DAVID MACEDA-SOSA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, hereby moves this Court for a Final Decree of Forfeiture in the above-captioned case. This motion is supported by

the attached Declaration of Counsel.

DATED this 29th day of March, 2006 in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/James Barkeley
> JAMES BARKELEY
> Assistant U.S. Attorneys
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3699
> Fax: (907) 271-1500
> Email: jim.barkeley@usdoj.gov
> Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy of the foregoing MOTION FOR FINAL DECREE OF FORFEITURE, DECLARATION OF COUNSEL, and proposed FINAL DECREE OF FORFEITURE were sent via U.S. Mail this 29th day of March, 2006, to:

WILLIAM R. SATTERBERG, JR. / SCOTT FURSTMAN   (Counsel for defendant Espino)
Satterberg Law Offices
709 4th Avenue
Fairbanks, AK 99701

MICHAEL A. MacDONALD   (Counsel for defendant Maceda-Sosa)
Downes, MacDonald & Levengood, P.C.
1008 16th Avenue, Suite 200
Fairbanks, AK 99701

s/James Barkeley