DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-007-RRB |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| VERONICA ESPINO, | ) | FILED UNDER SEAL |
| a.k.a. Mariana Espino, and | ) | |
| DAVID MACEDA-SOSA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, JAMES BARKELEY, am an Assistant United States Attorney and represent the Plaintiff in this action.

1. On October 19, 2005, defendant VERONICA ESPINO pled guilty to Counts 1 and 2, and admitted the allegations of Count 3 (Criminal Forfeiture) of the Indictment issued in this case. On November 2, 2005, the Honorable Ralph R. Beistline entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United

States the defendant's interest in the $20,580.00 IN UNITED STATES CURRENCY, and the $6,707.00 IN UNITED STATES CURRENCY, described in Count 3 of the Indictment.

2.   On October 19, 2005, defendant DAVID MACEDA-SOSA pled guilty to Counts 1 and 2, and admitted the allegations of Count 3 (Criminal Forfeiture) of the Indictment issued in this case. On November 2, 2005, the Honorable Ralph R. Beistline entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest in the $20,580.00 IN UNITED STATES CURRENCY, and the $6,707.00 IN UNITED STATES CURRENCY, described in Count 3 of the Indictment.

3.   Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited currency are entitled to a judicial determination of the validity of the legal claims or interests they assert.

4.   The United States Attorneys Office directed written notice of the judicial forfeiture action via U.S. mail to: defendant Veronica Espino (via counsel, William R. Satterberg, Jr./Scott Furstman) on October 28, 2005; and defendant David Maceda-Sosa (via counsel, Michael A. MacDonald) on October 28, 2005.

5.   The United States Marshals Service published notification of the Court's November 2, 2005 Preliminary Orders of Forfeiture in the Fairbanks Daily News-Miner, a newspaper of general circulation, on February 4, 11, and 22, 2006. Attached Exhibit 1. Said published notice advised all third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest

in the subject currency.

6. No petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described currency have been filed by any person or entity within the time allowed by law.

7. Declarant knows of no reason why a final decree of forfeiture should not now be issued declaring said currency be forfeited as to all persons. Full right, title and interest in the above-described currency shall be and hereby is vested in the United States.

Further, the United States Marshals Service and its property manager and/or its contractor should be directed to dispose of the above-described currency and pay any and all costs according to law.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 29th day of March, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019