**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES  </u>  v.  <u>  VERONICA ESPINO  </u>

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                                    CASE NO.  <u> 4:05-cr-00007-RRB-1 </u>

<u>  Carolyn Bollman  </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: August 13, 2008

On July 28, 2008, Veronica Espino moved to be re-sentenced under 18 U.S.C. § 3582(c).[1] Ms. Espino, however, was not convicted and sentenced for a crime involving the use of crack cocaine.[2] And the law set forth in *United States v. Booker*, 543 U.S. 220 (2005), was followed by the Court during Ms. Espino's 2006 sentencing.[3]

Because Ms. Espino has not stated adequate grounds to support her motion for re-sentencing, her motion at docket 200 must be DENIED.

IT IS SO ORDERED.

---

[1]  *See* Docket Nos. 200, 201.

[2]  *See Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidelines for United States Courts</u>, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

[3]  *See* Docket No. 201 at 3-4 (Espino affidavit in support of motion for re-sentencing) ("*Booker* ... allows for consideration of factors previously precluded from consideration under the Guidelines, as well as [the] unusual factors present in [this] case."); Docket Nos. 185-88; *see also Gall v. United States*, 128 S.Ct. 586, 596 (2007) ("As a matter of administration and to secure nationwide consistency, the Guidelines should be the starting point and the initial benchmark. The Guidelines are not the only consideration, however. Accordingly, after giving both parties an opportunity to argue for whatever sentence they deem appropriate, the district judge should then consider all of the § 3553(a) factors to determine whether they support the sentence requested by a party.").

[espino deny.wpd]{IA.WPD*Rev.12/96}